```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND
_____
                                    )
THOMAS V. NARDOLILLO,               )
                                    )
          Plaintiff,                )
                                    )
     v.                             )    C.A. No. 16-514 S
                                    )
NANCY BERRYHILL, Acting             )
Commissioner of the Social          )
Security Administration,            )
                                    )
          Defendant.                )
_____)
```

## ORDER

WILLIAM E. SMITH, Chief Judge.

Before the Court is Plaintiff's Motion to Reverse the Decision of the Social Security Administration ("Motion to Reverse," ECF No. 12) and Defendant's Motion to Affirm the Decision of the Social Security Administration ("Motion to Affirm," ECF No. 13). This matter was referred to Magistrate Judge Lincoln D. Almond for a Report and Recommendation. Magistrate Judge Almond recommends that the Court grant the Motion to Reverse and deny the Motion to Affirm. (Report and Recommendation, ECF No. 14.) Because Defendant has not filed an objection to the Report and Recommendation, any such objection is waived, see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986), and the Report and Recommendation (ECF No. 14) is ACCEPTED. Plaintiff's Motion to Reverse (ECF No. 12) is GRANTED, Defendant's Motion to Affirm (ECF No. 13) is DENIED.

This matter is remanded for further administrative proceedings consistent with the Report and Recommendation. Final judgment will enter in favor of Plaintiff.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
Chief Judge
Date: August 4, 2017